# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

February 11, 2002

John Richard Oare, Esquire
1434 South George Street
York, PA    17403

James P. O'Meara, Esquire
Rollins Smalkin Richards and Mackie
401 North Charles Street
Baltimore, Maryland 21201

Re:    Lisa Noback v. Melissa Anne Wetzel
       Civil Action No.: MJG-01-3842

Dear Counsel:

    As per the direction of Judge Garbis, enclosed please find a General Consent to Proceed Before a Magistrate Judge in the above captioned case. After the consent has been executed, please forward same to the Chambers of Marvin J. Garbis at United States District Court, 101 West Lombard Street, Chambers 5C, Baltimore, Maryland 21201, for his signature and referral to a United States Magistrate Judge.

    Your anticipated cooperation in this matter is greatly appreciated.

                                    Very truly yours,

                                    Paul W. Grimm
                                    United States Magistrate Judge

cc:    Honorable Marvin J. Garbis
       Court File

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| *Plaintiff* | • | |
| **vs.** | • | **Civil No.:** |
| | • | |
| *Defendant* | • | |

• • • • • •

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____    Date: _____

_____    Date: _____

## ORDER OF REFERENCE

IT IS HEREBY ORDERED this _____ day of _____, 20_____, that the above-captioned matter be referred to United States Magistrate Judge _____, for all proceedings and the entry of judgment in accordance with Title 28 U.S.C. § 636(c) and the foregoing consent of the parties.

_____
United States District Court Judge

U.S. District Court (Rev. 1/2000)