#020006
JPO/jmj

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| LISA L. NOBACK, ET AL | * | |
| Plaintiffs | * | |
| vs. | * | |
| MELISSA ANNE WETZEL | * | |
| Defendant | * | CASE NO: MJG 01CV3842 |



*****************************************************************

NOTICE OF DISMISSAL

Dear Clerk:

Please dismiss the above case <u>with prejudice</u> by agreement of the parties and their counsel.

BY: _____
Richard Oare, Esquire
1434 South George Street
York, PA 17403
Attorneys for Plaintiffs

Approved this 26th day of July, 2002

_____
Marvin J. Garbis
United States District Judge

ROLLINS, SMALKIN, RICHARDS & MACKIE

BY: _____
James P. O'Meara, Esquire
401 N. Charles Street
Baltimore, MD 21202
(410) 727-2443
Attorneys for Defendant

6